**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DATASPHERE, LLC**,<br><br>*Plaintiff*,<br><br>v.<br><br>**FOX CORPORATION and FOX SPORTS PRODUCTIONS, LLC**,<br><br>*Defendants*. | Civil Action No.<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff DataSphere, LLC ("DataSphere"), for its Complaint against Defendants Fox Corporation and Fox Sports Productions, LLC (collectively, "FOX"), alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271 et seq.

2. FOX operates advanced enterprise and broadcast-production networks and storage systems to create, move, edit, protect, and distribute live and recorded media. Those systems include EVPN-VXLAN routed overlays; Brocade Gen 7 Fibre Channel SAN ("Storage Area Network") switches and directors; and Brocade long-distance optical Fibre Channel links and SAN-extension systems. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[1]

[1] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499; (last visited Aug. 28, 2026). FOX, Principal Network Engineer job posting, Swiftcruit,

3. FOX has directly infringed and continues to directly infringe U.S. Patent Nos. 7,529,239 (the "'239 Patent") and 7,640,381 (the "'381 Patent") by using those systems in the United States. FOX also directly infringed U.S. Patent No. 7,782,778 (the "'778 Patent") through its pre-expiration use of the accused long-distance optical Fibre Channel systems.

4. The '239 Patent, the '381 Patent, and the '778 Patent are referred to collectively as the "Patents-in-Suit." DataSphere owns all right, title, and interest in the Patents-in-Suit, including the right to sue and recover damages for infringement.

5. DataSphere seeks a judgment of infringement, compensatory damages in an amount no less than a reasonable royalty, enhanced damages for any willful infringement proved, interest, costs, and all other relief the Court deems just and proper.

## THE PARTIES

6. DataSphere is a limited liability company organized under the laws of the State of Georgia with its principal place of business in Atlanta, Georgia.

7. Defendant Fox Corporation is a corporation organized under the laws of the State of Delaware. Its principal executive offices are located at 1211 Avenue of the Americas, New York, New York 10036.

8. Fox Corporation is the publicly traded parent of an integrated group of news, sports, and entertainment businesses. It manages enterprise technology used across its brands and

https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026); FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026); FOX Sports, Senior Systems Engineer job posting (Mar. 20, 2022), https://www.showbizjobs.com/jobs/fox-sports-senior-systems-engineer-in-charlotte/jid-rjm5ke (describing support for live studios, post-production, computing, networking, storage, and Brocade Fibre Channel switches) (last visited Aug. 28, 2026).

operating subsidiaries, including centralized networking, storage, data-protection, cloud, data-center, and broadcast-support functions.

9. Defendant Fox Sports Productions, LLC is a limited liability company organized under the laws of the State of Delaware and is a direct or indirect subsidiary of Fox Corporation. It conducts FOX Sports production and post-production operations, including live-event, studio, editing, graphics, remote-production, and media-storage workflows.

10. On information and belief, Fox Corporation employs, directs, and controls enterprise network and storage personnel who design, configure, operate, monitor, and support the accused networks and storage systems for FOX businesses in the United States.

11. On information and belief, Fox Sports Productions, LLC employs, directs, and controls production and post-production personnel who use the accused systems to produce, edit, store, protect, replicate, and distribute FOX Sports content in the United States.

12. On information and belief, the Defendants coordinate the design, procurement, configuration, and use of the accused systems through common technology standards, shared personnel, centralized administration, and intercompany services. Each Defendant uses one or more accused systems through its own officers, employees, agents, and contractors.

13. On information and belief, Fox Corporation authorizes, funds, and controls enterprise architecture and technology standards applied to Fox Sports Productions, LLC, while Fox Sports Productions, LLC selects, configures, and uses those technologies for its production and post-production operations.

## JURISDICTION AND VENUE

14. This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 of the United States Code.

15. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

16. This Court has personal jurisdiction over Fox Corporation because Fox Corporation is incorporated under Delaware law and therefore has a continuous presence in, and systematic contacts with, this District.

17. This Court has personal jurisdiction over Fox Sports Productions, LLC because it is organized under Delaware law and therefore has a continuous presence in, and systematic contacts with, this District.

18. On information and belief, both Fox defendants have committed and continue to commit acts of infringement in this Judicial District, and the claims addressed in this Complaint arise out of and relate to such acts, including at least by operating and using the accused systems in this District.

19. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Fox Corporation is incorporated in this District and Fox Corporation's infringing activities have occurred and are occurring in this District.

20. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Fox Sports Productions, LLC was organized in this District and Fox Sports Productions, LLC's infringing activities have occurred and are occurring in this District.

21. Each Defendant has purposefully availed itself of Delaware law, has continuous and systematic contacts with Delaware, and has committed acts giving rise to this action through operations it directs from and for its Delaware-organized enterprise.

22. Joinder is proper under 35 U.S.C. § 299 because the claims for relief arise out of the same transactions and occurrences concerning the shared FOX enterprise and production technology environment, and common questions of fact concerning the design, control, configuration, operation, and use of the accused systems will arise in this action.

## THE PATENTS-IN-SUIT

23. The ’239 Patent is titled “Distributed Dynamic Routing.” It issued on May 5, 2009, from an application claiming priority to February 24, 2004. A true and correct copy of the ’239 Patent is attached as Exhibit A.

24. The ’239 Patent is valid and enforceable. DataSphere owns the ’239 Patent and holds the right to recover damages for infringement. The term of the ’239 Patent extends through September 2, 2026.

25. The ’239 Patent addresses distributed packet routing in which a source edge device makes the routing determination and creates a transmission packet that carries the original packet, next-hop information, and target-interface information to a selected target edge device for link-layer delivery and onward forwarding.

26. The ’381 Patent is titled “Input/Output Decoupling System Method Having a Cache for Exchanging Data Between Non-Volatile Storage and Plurality of Clients Having Asynchronous Transfers.” It issued on December 29, 2009, from an application claiming priority to October 7, 2005. A true and correct copy of the ’381 Patent is attached as Exhibit B.

27. The ’381 Patent is valid and enforceable. DataSphere owns the ’381 Patent and holds the right to recover damages for infringement. The term of the ’381 Patent extends through January 2, 2027.

28. The ’381 Patent addresses storage input/output decoupling through an apparatus having storage and host interfaces, a cache that associates buffers with clients, and circuitry thatidentifies data rates for transferring data over the host interface to clients based on the state of buffers associated with those clientsindependently of asynchronous storage-interface transfers.

29. The ’778 Patent is titled “Apparatus and Method for Fibre Channel Distance Extension Embedded Within an Optical Transport System.” It issued on August 24, 2010, from an application claiming priority to December 24, 2002. A true and correct copy of the ’778 Patent is attached as Exhibit C.

30. The ’778 Patent is valid and enforceable. DataSphere owns the ’778 Patent and holds the right to recover damages for infringement occurring before the patent expired on October 27, 2025.

31. The ’778 Patent addresses flow control over an optical transport system by tracking whether memory at a remote egress terminal is available based in part on the amount of data transmitted, permitting ingress transmission when that memory is available, receiving data from a first network, and transmitting the data over the optical system to the egress terminal.

## FOX’S ACCUSED NETWORKING AND STORAGE SYSTEMS

32. On information and belief, FOX operates a nationwide technology environment supporting live sports and news broadcasts, studio production, post-production, remote production, data centers, business systems, on-premises storage, public cloud services, replication, backup, and archive. FOX’s public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX’s deployment and use of the described systems in its operations.[2]

33. FOX publicly recruits enterprise network engineers to design and support spine-leaf EVPN-VXLAN overlays providing scalable Layer-2 and Layer-3 extension across studios, data centers, remote sites, and other FOX facilities. FOX also recruits storage engineers to architect

[2] Fox Corporation, Annual Report (Form 10-K) 1, 4-7, 34 (Aug. 13, 2024), https://www.sec.gov/Archives/edgar/data/1754301/000162828024036123/fox-20240630.htm (last visited Aug. 28, 2026); FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026); FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026).

and manage enterprise block, file, and object storage, Brocade Fibre Channel SAN switching, data replication, backup, and archive for live sports and news operations.[3]

34. On information and belief, Fox Sports Productions, LLC uses servers, workstations, virtual machines, editing and graphics systems, SAN and network-attached storage, virtual routing and forwarding instances, remote workflows, and hybrid on-premises and cloud infrastructure to produce and distribute FOX Sports programming. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[4]

35. On information and belief, each Defendant, through its personnel or agents, possesses, controls, configures, operates, or uses one or more of the complete EVPN-VXLAN networks, Brocade Gen 7 SAN systems, or long-distance optical Fibre Channel systems described below at FOX facilities or between FOX facilities in the United States. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[5]

---

[3] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026).

[4] FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026); FOX Sports, Senior Systems Engineer job posting (Mar. 20, 2022), https://www.showbizjobs.com/jobs/fox-sports-senior-systems-engineer-in-charlotte/jid-rjm5ke (describing support for live studios, post-production, computing, networking, storage, and Brocade Fibre Channel switches) (last visited Aug. 28, 2026); Studio Network Solutions, FOX Sports Mobile Broadcast Unit Enlists SNS EVO for Fast, Reliable Shared Storage (Apr. 1, 2014), https://www.studionetworksolutions.com/fox-sports/. (last visited Aug. 28, 2026).

[5] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-

## A. FOX EVPN-VXLAN ROUTED OVERLAYS

36. On information and belief, FOX operates EVPN-VXLAN spine-leaf fabrics and overlays that extend Layer-2 and Layer-3 connectivity among FOX studios, data centers, remote-production sites, cloud environments, and other facilities. FOX configures border leaves, network virtualization edges, and VXLAN tunnel endpoints (collectively, "VTEPs") as edge devices between the EVPN-VXLAN overlay and attached WAN, tenant, campus, studio, production, and access networks. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[6]

37. On information and belief, FOX configures those fabrics to advertise and use Ethernet VPN IP Prefix routes, including EVPN Route Type 5 routes with nonzero overlay indexes, and to recursively resolve an overlay next hop to a selected target VTEP and associated VNI, bridge-domain, virtual-routing-and-forwarding ("VRF") interface, logical interface, tunnel, or equivalent forwarding state. FOX's public job postings identify these technologies and functions

haul networks for remote production) (last visited Aug. 28, 2026); Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026); FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026); FOX Sports, Senior Systems Engineer job posting (Mar. 20, 2022), https://www.showbizjobs.com/jobs/fox-sports-senior-systems-engineer-in-charlotte/jid-rjm5ke (describing support for live studios, post-production, computing, networking, storage, and Brocade Fibre Channel switches) (last visited Aug. 28, 2026).

[6] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); IETF, RFC 8365, A Network Virtualization Overlay Solution Using Ethernet VPN (EVPN) at 3, 5.1-5.1.2 (Mar. 2018), https://www.rfc-editor.org/rfc/rfc8365.html (last visited Aug. 28, 2026); IETF, RFC 7348, Virtual eXtensible Local Area Network (VXLAN) at 1.1, 4-5 (Aug. 2014), https://www.rfc-editor.org/rfc/rfc7348.html (last visited Aug. 28, 2026).

as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[7]

38. On information and belief, the accused FOX EVPN-VXLAN system uses an ingress VTEP to determine a next-hop address corresponding to the destination prefix through an IP-prefix lookup and related overlay-resolution operations. In response to that determined next-hop address, the ingress VTEP selects a target VTEP from among multiple eligible target VTEPs and determines the target VTEP's address and associated network-interface state. The ingress VTEP then generates a VXLAN transmission packet addressed to the selected target VTEP that contains the original data packet and includes the determined next-hop address and target-interface information. In representative implementations, those determined values are encoded, among other ways, through an inner next-hop MAC or IP address and a VNI associated with a bridge domain, VRF, logical interface, or equivalent forwarding context. Within the VXLAN overlay, the ingress VTEP transmits the generated packet to the selected target VTEP at the data-link-layer level by carrying the original Ethernet frame between the edge devices, while intermediate underlay devices forward the outer encapsulation at Layer 3. After decapsulation, the target VTEP uses the same determined next-hop address included in the transmission packet to forward the original packet toward the next hop.[8]

---

[7] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); IETF, RFC 9136, IP Prefix Advertisement in Ethernet VPN (EVPN) at 3.1-3.2, 4.1-4.4 (Oct. 2021), https://www.rfc-editor.org/rfc/rfc9136.html (last visited Aug. 28, 2026).

[8] IETF, RFC 9136, IP Prefix Advertisement in Ethernet VPN (EVPN) at 3.1-3.2, 4.1-4.4 (Oct. 2021), https://www.rfc-editor.org/rfc/rfc9136.html (last visited Aug. 28, 2026); IETF, RFC 8365, A Network Virtualization Overlay Solution Using Ethernet VPN (EVPN) at 3, 5.1-5.1.2 (Mar. 2018), https://www.rfc-editor.org/rfc/rfc8365.html (last visited Aug. 28, 2026); IETF, RFC 9135, Integrated Routing and Bridging in Ethernet VPN (EVPN) at 5.4-5.5, 6.3-6.4 (Oct. 2021), https://www.rfc-editor.org/rfc/rfc9135.html (last visited Aug. 28, 2026); IETF, RFC 7432, BGP MPLS-Based Ethernet VPN at 4, 7, 13 (Feb. 2015), https://www.rfc-editor.org/rfc/rfc7432.html (last visited Aug. 28, 2026); IETF, RFC 7348, Virtual eXtensible Local Area Network (VXLAN) at 1.1, 4-5 (Aug. 2014), https://www.rfc-editor.org/rfc/rfc7348.html (last visited Aug. 28, 2026).

39. On information and belief, FOX employees and agents configure routing policies, route distinguishers and targets, IP-VRFs, VNIs, bridge domains, VTEP addresses, BGP EVPN advertisements, and forwarding entries that cause the accused routed-overlay operations to occur automatically whenever qualifying FOX traffic traverses the fabric. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[9]

## B. FOX BROCADE GEN 7 FIBRE CHANNEL SAN SYSTEMS

40. On information and belief, FOX operates Brocade Gen 7 Fibre Channel switches and directors, including G720-class fixed-port switches and X7-class directors, under Fabric OS and SANnav management (the "Accused Gen 7 SAN Systems"). The Accused Gen 7 SAN Systems connect persistent storage arrays to multiple FOX servers, workstations, virtual machines, and production applications. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[10]

---

[9] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); IETF, RFC 9136, IP Prefix Advertisement in Ethernet VPN (EVPN) at 3.1-3.2, 4.1-4.4 (Oct. 2021), https://www.rfc-editor.org/rfc/rfc9136.html (last visited Aug. 28, 2026); IETF, RFC 8365, A Network Virtualization Overlay Solution Using Ethernet VPN (EVPN) at 3, 5.1-5.1.2 (Mar. 2018), https://www.rfc-editor.org/rfc/rfc8365.html (last visited Aug. 28, 2026).

[10] Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026); FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026); Broadcom, Brocade G720 Switch Product Brief at 1-2, 5, https://docs.broadcom.com/docs/G720-Switch-PB (identifying a Gen 7 switch with 64 Fibre Channel ports and 24,000 frame buffers per switching ASIC) (last visited Aug. 28, 2026); Broadcom, Brocade Gen 7 Interactive Guide at 5-20, https://docs.broadcom.com/docs/gen-7-guide (last visited Aug. 28, 2026).

41. On information and belief, each Accused Gen 7 SAN System includes storage-facing Fibre Channel ports connected to non-volatile storage and host-facing Fibre Channel ports connected to multiple clients. One or more application-specific integrated circuits ("ASICs") within each Brocade Gen 7 switching device contain volatile frame-buffer memory and circuitry that manages per-port and per-virtual-channel queues, buffer-credit counters, scheduling state, and transmission. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[11]

42. Brocade describes its Gen 7 platforms as having thousands of frame buffers in the ASIC within the switching device.[12] Its Fibre Channel architecture stores arriving frames in receive buffers, holds frames awaiting credit in egress queues, and controls transmission through buffer-to-buffer credit counters, including zero-credit/frame-waiting logic reported as tim_txcrd_z.[13] Brocade also describes credit relationships for N_Port/F_Port links serving connected host endpoints, port and destination queues, and virtual channels with associated queues and credit pools.[14] These disclosed arrangements illustrate buffer relationships associated with connected clients through port, queue, virtual-channel, destination, or buffer-credit state.[15]

---

[11] Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026); FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026); Brocade, Fibre Channel Buffer Credits and Frame Management at 3-9, 13-16 (White Paper, Apr. 2016) (Exhibit D); Broadcom,Brocade G720 Switch Product Brief at 1-2, 5, https://docs.broadcom.com/docs/G720-Switch-PB (identifying a Gen 7 switch with 64 Fibre Channel ports and 24,000 frame buffers per switching ASIC) (last visited Aug. 28, 2026); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026).

[12] Broadcom,Brocade G720 Switch Product Brief at 1-2, 5, https://docs.broadcom.com/docs/G720-Switch-PB (last visited Aug. 28, 2026).

[13] Brocade,Fibre Channel Buffer Credits and Frame Management at 3, 8, 13, 15-16 (White Paper, Apr. 2016) (Exhibit D).

[14] Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026).

[15] Broadcom, Brocade G720 Switch Product Brief at 1-2, 5, https://docs.broadcom.com/docs/G720-Switch-PB (identifying a Gen 7 switch with 64 Fibre Channel ports and 24,000 frame buffers per switching ASIC) (last visited Aug. 28, 2026); Brocade,Fibre Channel Buffer Credits and Frame Management at 3-9, 13-16 (White Paper, Apr. 2016)

43. On information and belief, FOX configures and uses those features so that each receiving client has an associated buffer, cache portion, queue, or equivalent frame-memory resource, and the switch circuitry identifies a data rate for transferring data from the switching device, over the host-facing interface, to that receiving client based, at least in part, on the amount of data existing in the buffer or cache portion associated with that receiving client and destined for that client. Measures reflecting that amount may include, among other things, queue occupancy, a queued-frame count, whether the associated buffer or queue is nonempty, the number of frames destined for the receiving client and awaiting transmission, the number of frames destined for the receiving client and outstanding against that client's advertised buffer capacity, and associated credit state for the receiving client.[16] The circuitry uses one or more such measures, alone or together with available credits, link state, priority, and scheduling state, to determine whether the data-transfer rate to the receiving client is permitted, limited, increased, or reduced to zero. The identified data rate for transferring data from the accused apparatus, over the host interface, to the receiving client is decoupled from asynchronous transfers over the storage-facing interface. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[17]

---

(Exhibit D); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026).

[16] Brocade,Fibre Channel Buffer Credits and Frame Management at 4-8, 13-16 (White Paper, Apr. 2016) (Exhibit D); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026).

[17] Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026); Brocade, Fibre Channel Buffer Credits and Frame Management at 4-8, 13-16 (White Paper, Apr. 2016) (Exhibit D); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026).

## C. FOX LONG-DISTANCE OPTICAL FIBRE CHANNEL SYSTEMS

44. On information and belief, before October 27, 2025, FOX operated paired Brocade long-distance Fibre Channel and SAN-extension endpoints to move production media, storage traffic, replication data, backup data, and archive data between geographically separated FOX SANs over optical transport paths (the "Accused Optical FC Systems"). FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[18]

45. On information and belief, the Accused Optical FC Systems included, among other configurations, native long-distance Fibre Channel paths using E_Port or EX_Port links over long-wave optics or dense wavelength-division multiplexing.[19] The Accused Optical FC Systems also included Brocade SAN-extension configurations using paired extension endpoints, including Brocade 7810- and 7840-class equipment, to transport Fibre Channel traffic over optical wide-area paths while maintaining destination-specific flow-control state for the paired remote endpoint.[20]

46. On information and belief, each Accused Optical FC System maintained receive memory at the paired remote egress endpoint and destination-specific state at the ingress side

---

[18] FOX Sports, Senior Systems Engineer job posting (Mar. 20, 2022), https://www.showbizjobs.com/jobs/fox-sports-senior-systems-engineer-in-charlotte/jid-rjm5ke (describing support for live studios, post-production, computing, networking, storage, and Brocade Fibre Channel switches) (last visited Aug. 28, 2026); FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026); Studio Network Solutions, FOX Sports Mobile Broadcast Unit Enlists SNS EVO for Fast, Reliable Shared Storage (Apr. 1, 2014), https://www.studionetworksolutions.com/fox-sports/ (last visited Aug. 28, 2026); Broadcom, Brocade 7810 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/docs/7810-PB (last visited Aug. 28, 2026); Broadcom, Brocade 7840 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/doc/GA-DS-1871 (last visited Aug. 28, 2026).

[19] Broadcom,Brocade 32Gb/s LWL (10 km) SFP+ Product Brief 1-2, https://docs.broadcom.com/docs/GA-DS-2100 (last visited Aug. 28, 2026); Brocade, Fibre Channel Buffer Credits and Frame Management at 5-8, 16-19 (White Paper, Apr. 2016) (Exhibit D).

[20] Broadcom, Brocade 7810 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/docs/7810-PB (last visited Aug. 28, 2026); Broadcom, Brocade 7840 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/doc/GA-DS-1871 (last visited Aug. 28, 2026); Broadcom, Brocade 32Gb/s LWL (10 km) SFP+ Product Brief 1-2, https://docs.broadcom.com/docs/GA-DS-2100 (last visited Aug. 28, 2026); Brocade, Fibre Channel Buffer Credits and Frame Management at 5-8, 16-19 (White Paper, Apr. 2016) (Exhibit D).

representing the availability of that memory. The ingress endpoint determined whether the paired egress memory was available to store received data based, at least in part, on the amount of data transmitted to the egress endpoint. The destination-specific availability state may include, among other things, advertised remote-buffer capacity, remaining credits or available-storage value, the amount of data transmitted but not yet credited or acknowledged, destination-queue state, tunnel or transmission-window state, and other remote-capacity information. In representative operation, the state was initialized or refreshed from capacity information supplied by the paired egress endpoint, reduced or consumed as frames or bytes were transmitted, and restored or increased as the egress endpoint accepted, forwarded, credited, or acknowledged data.[21]

47. On information and belief, FOX's ingress endpoint used its destination-specific state representing memory availability at the paired remote egress endpoint to control whether the local FOX SAN was allowed to transmit additional data into the ingress terminal. FOX configured and operated the paired endpoints so that transmission from the local FOX SAN into the ingress terminal was permitted only when that state indicated that memory was available at the paired egress endpoint to store the data. This coupling may be implemented, among other ways, through destination-specific admission state, credits, queues, transmission windows, pause state, scheduling state, or backpressure propagated to the SAN-facing interface.[22] In native long-distance Fibre Channel configurations, the paired endpoint's advertised receive capacity and returned credit informed that admission control. In SAN-extension configurations, destination-specific remote-endpoint, tunnel, window, queue, or equivalent flow-control state informed whether additional local-SAN data was admitted into the paired extension path.[23]

---

[21] Brocade, Fibre Channel Buffer Credits and Frame Management at 5-8 (White Paper, Apr. 2016) (Exhibit D); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026).
[22] Brocade, Fibre Channel Buffer Credits and Frame Management at 5-8, 14-16 (White Paper, Apr. 2016) (Exhibit D); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026).
[23] Brocade, Fibre Channel Buffer Credits and Frame Management at 5-8, 14-16 (White Paper, Apr. 2016) (Exhibit D); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026).

48. On information and belief, FOX's ingress endpoint received Fibre Channel frames from the local FOX SAN and transmitted those frames across the optical transport path to the paired remote egress endpoint, which stored and forwarded them into the remote FOX SAN. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[24]

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 7,529,239

49. DataSphere incorporates by reference the allegations of the preceding paragraphs as though fully set forth here.

50. Claim 1 of the '239 Patent recites:[25]

> [1.Preamble] A method for routing packets in a distributed and dynamic manner via one or more packet switched internal telecommunication networks, connected by edge devices to one or more packet switched external networks, the method comprising:
>
> > [1.a] receiving a data packet at a source edge device from an external telecommunication network;
> >
> > [1.b] determining in the source edge device the next-hop address corresponding to the destination address prefix of the received data packet;
> >
> > [1.c] determining in the source edge device the address and network interface of a target edge device, from among a plurality of target edge devices, in response to the determined next-hop address, wherein the next-hop address corresponds to a device in another external telecommunication network;
> >
> > [1.d] generating in the source edge device a transmission packet addressed to the target edge device, the transmission packet comprising the received data packet and

---

[24] FOX Sports, Senior Systems Engineer job posting (Mar. 20, 2022), https://www.showbizjobs.com/jobs/fox-sports-senior-systems-engineer-in-charlotte/jid-rjm5ke (describing support for live studios, post-production, computing, networking, storage, and Brocade Fibre Channel switches) (last visited Aug. 28, 2026); Brocade, Fibre Channel Buffer Credits and Frame Management at 3-8, 16-19 (White Paper, Apr. 2016) (Exhibit D); Broadcom,Brocade 7810 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/docs/7810-PB (last visited Aug. 28, 2026); Broadcom, Brocade 7840 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/doc/GA-DS-1871 (last visited Aug. 28, 2026); Broadcom, Brocade 32Gb/s LWL (10 km) SFP+ Product Brief 1-2, https://docs.broadcom.com/docs/GA-DS-2100 (last visited Aug. 28, 2026).

[25] Exhibit A.

the determined next-hop address and the determined network interface of the target edge device;

[1.e] transmitting the generated transmission packet from the source edge device to the determined target edge device via one or more internal telecommunication networks at the data link layer level,

[1.f] wherein the target edge device uses the determined next-hop address to forward the received data packet to the next-hop.

51. Claim 1 is an exemplary asserted claim. FOX directly infringes claim 1 under 35 U.S.C. § 271(a) by operating and using the accused EVPN-VXLAN routed overlays in the United States.[26]

52. [1.Preamble] A method for routing packets in a distributed and dynamic manner via one or more packet switched internal telecommunication networks, connected by edge devices to one or more packet switched external networks, the method comprising:

53. To the extent the preamble of claim 1 is determined to be limiting, FOX's use of the EVPN-VXLAN routed overlays satisfies the preamble. FOX performs distributed and dynamic routing over packet-switched networks. FOX's EVPN-VXLAN overlay is the internal network; its ingress and egress VTEPs are edge devices; and attached WAN, tenant, campus, studio, production, and access networks are external networks. BGP EVPN dynamically distributes endpoint and IP-prefix reachability among those edge devices. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[27]

---

[26] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026).

[27] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); IETF, RFC 9136, IP Prefix Advertisement in Ethernet VPN (EVPN) at 3.1-3.2, 4.1-4.4 (Oct. 2021), https://www.rfc-editor.org/rfc/rfc9136.html (last visited Aug.

54. [1.a] receiving a data packet at a source edge device from an external telecommunication network:

55. On information and belief, FOX's use of the EVPN-VXLAN routed overlays satisfies limitation [1.a]. When traffic enters the accused fabric from an attached WAN, studio, campus, tenant, production, or access network, FOX's ingress VTEP receives the original data packet at the boundary of the EVPN-VXLAN overlay. In the standardized routed flow FOX employs, the ingress gateway receives a packet from the WAN before performing the overlay routing operation. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[28]

56. [1.b] determining in the source edge device the next-hop address corresponding to the destination address prefix of the received data packet:

57. On information and belief, FOX's use of the EVPN-VXLAN routed overlays satisfies limitation [1.b]. FOX's ingress VTEP determines a next-hop address corresponding to the destination-address prefix of the received packet. In the accused implementation, that determination includes, among other operations, a destination-IP-prefix lookup in the applicable IP-VRF and determination of a corresponding next-hop overlay index. The determined next-hop address may be represented, among other ways, by an IP address, MAC address, Ethernet Segment Identifier, or equivalent tenant-space address distinct from the remote VTEP address. FOX's public job postings identify these technologies and functions as part of the technical environment

28, 2026); IETF, RFC 8365, A Network Virtualization Overlay Solution Using Ethernet VPN (EVPN) at 3, 5.1-5.1.2 (Mar. 2018), https://www.rfc-editor.org/rfc/rfc8365.html (last visited Aug. 28, 2026); IETF, RFC 7432, BGP MPLS-Based Ethernet VPN at 4, 7, 13 (Feb. 2015), https://www.rfc-editor.org/rfc/rfc7432.html (last visited Aug. 28, 2026).

[28] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); IETF, RFC 9136, IP Prefix Advertisement in Ethernet VPN (EVPN) at 3.1-3.2, 4.1-4.4 (Oct. 2021), https://www.rfc-editor.org/rfc/rfc9136.html (last visited Aug. 28, 2026).

that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[29]

58. [1.c] determining in the source edge device the address and network interface of a target edge device, from among a plurality of target edge devices, in response to the determined next-hop address, wherein the next-hop address corresponds to a device in another external telecommunication network:

59. On information and belief, FOX's use of the EVPN-VXLAN routed overlays satisfies limitation [1.c]. In response to the determined next-hop address, the ingress VTEP determines the address and network interface of a target VTEP selected from among a plurality of target VTEPs. In the accused implementation, this determination includes, among other operations, recursively resolving the overlay next hop to a remote VTEP and associated tunnel or forwarding-interface state. The target edge-device address may be represented by the remote VTEP address, and its network interface may be represented by a VNI, bridge domain, VRF interface, logical interface, or equivalent interface identifier. The determined next-hop address corresponds to a device in an external network attached to the selected target VTEP. On information and belief, the ingress VTEP maintains routing information identifying multiple eligible target VTEPs and selects one of those target VTEPs in response to the determined next-hop address. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[30]

---

[29] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); IETF, RFC 9136, IP Prefix Advertisement in Ethernet VPN (EVPN) at 3.1-3.2, 4.1-4.4 (Oct. 2021), https://www.rfc-editor.org/rfc/rfc9136.html (last visited Aug. 28, 2026).

[30] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); IETF, RFC 9136, IP Prefix Advertisement in

60. [1.d] generating in the source edge device a transmission packet addressed to the target edge device, the transmission packet comprising the received data packet and the determined next-hop address and the determined network interface of the target edge device:

61. On information and belief, FOX's use of the EVPN-VXLAN routed overlays satisfies limitation [1.d]. The ingress VTEP generates a transmission packet addressed to the selected target VTEP that includes the received data packet, the determined next-hop address, and the determined network interface of the target VTEP. In representative implementations, those determined values are encoded, among other ways, by an inner next-hop MAC or IP address and a VXLAN VNI associated with a bridge domain, VRF, logical interface, or equivalent forwarding context at the target VTEP. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[31]

62. [1.e] transmitting the generated transmission packet from the source edge device to the determined target edge device via one or more internal telecommunication networks at the data link layer level:

63. On information and belief, FOX's use of the EVPN-VXLAN routed overlays satisfies limitation [1.e]. Within the VXLAN overlay, FOX's ingress VTEP transmits the generated transmission packet to the selected target VTEP through one or more internal telecommunication networks at the data-link-layer level by carrying the original Ethernet frame between the edge devices, while intermediate underlay devices forward the outer encapsulation at

---

Ethernet VPN (EVPN) at 3.1-3.2, 4.1-4.4 (Oct. 2021), https://www.rfc-editor.org/rfc/rfc9136.html (last visited Aug. 28, 2026); IETF, RFC 8365, A Network Virtualization Overlay Solution Using Ethernet VPN (EVPN) at 3, 5.1-5.1.2 (Mar. 2018), https://www.rfc-editor.org/rfc/rfc8365.html (last visited Aug. 28, 2026).

[31] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); IETF, RFC 9136, IP Prefix Advertisement in Ethernet VPN (EVPN) at 3.1-3.2, 4.1-4.4 (Oct. 2021), https://www.rfc-editor.org/rfc/rfc9136.html (last visited Aug. 28, 2026); IETF, RFC 7348, Virtual eXtensible Local Area Network (VXLAN) at 1.1, 4-5 (Aug. 2014), https://www.rfc-editor.org/rfc/rfc7348.html (last visited Aug. 28, 2026).

Layer 3. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[32]

64. [1.f] wherein the target edge device uses the determined next-hop address to forward the received data packet to the next-hop.

65. On information and belief, FOX's use of the EVPN-VXLAN routed overlays satisfies limitation [1.f]. The target VTEP uses the determined next-hop address included in the transmission packet to forward the received data packet to the next hop. In the accused implementation, the VNI selects the applicable bridge-domain, VRF, logical-interface, or equivalent forwarding context; the target VTEP removes the VXLAN encapsulation; and it uses the packet-carried inner next-hop MAC address, IP address, or equivalent forwarding identifier to forward the original packet into the attached external network. On information and belief, the forwarding identifier used after decapsulation is the next-hop address determined by the ingress VTEP from the destination-prefix lookup and included in the generated transmission packet. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[33]

[32] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); IETF, RFC 7348, Virtual eXtensible Local Area Network (VXLAN) at 1.1, 4-5 (Aug. 2014), https://www.rfc-editor.org/rfc/rfc7348.html (last visited Aug. 28, 2026); IETF, RFC 8365, A Network Virtualization Overlay Solution Using Ethernet VPN (EVPN) at 3, 5.1-5.1.2 (Mar. 2018), https://www.rfc-editor.org/rfc/rfc8365.html (last visited Aug. 28, 2026).

[33] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026); IETF, RFC 9136, IP Prefix Advertisement in Ethernet VPN (EVPN) at 3.1-3.2, 4.1-4.4 (Oct. 2021), https://www.rfc-editor.org/rfc/rfc9136.html (last visited Aug. 28, 2026); IETF, RFC 7348, Virtual eXtensible Local Area Network (VXLAN) at 1.1, 4-5 (Aug. 2014), https://www.rfc-editor.org/rfc/rfc7348.html (last visited Aug. 28, 2026); IETF, RFC 9135, Integrated Routing and Bridging in Ethernet VPN (EVPN) at 5.4-5.5, 6.3-6.4 (Oct. 2021), https://www.rfc-editor.org/rfc/rfc9135.html (last visited Aug. 28, 2026).

66. Each Defendant directly infringes because its employees and agents configure and use the accused routed overlays in the ordinary course of FOX enterprise and production operations. Each qualifying packet traversal performs every step of claim 1 under FOX's direction and control.[34]

67. On information and belief, Fox Corporation, through its enterprise technology personnel, configures and operates the complete accused routed-overlay system across FOX's businesses and causes qualifying packet traversals that perform every step of claim 1 in the United States. On information and belief, Fox Sports Productions, LLC, through its production and post-production personnel, uses the complete accused routed-overlay system for live-event, studio, post-production, remote-production, online, sports, and broadcast-content workflows and causes qualifying packet traversals that perform every step of claim 1 in the United States.

68. At least as of service of this Complaint, Defendants have actual knowledge of the '239 Patent and of their infringement. Defendants' continued operation of the accused routed overlays after service is knowing, deliberate, and willful.

69. Fox Corporation also induces infringement by Fox Sports Productions, LLC after obtaining knowledge of the '239 Patent. It does so with specific intent through centralized architecture, configuration standards, training, support, and instructions that direct Fox Sports Productions, LLC to operate the accused EVPN-VXLAN functionality in the infringing manner.

70. FOX's infringement of the '239 Patent has damaged and continues to damage DataSphere. DataSphere is entitled to recover damages adequate to compensate for the infringement in an amount to be determined at trial, but no less than a reasonable royalty.

[34] FOX Direct to Consumer, Principal Network Engineer job posting (July 17, 2026), https://www.linkedin.com/jobs/view/principal-network-engineer-at-fox-direct-to-consumer-4438553499 (last visited Aug. 28, 2026); FOX, Principal Network Engineer job posting, Swiftcruit, https://www.swiftcruit.ai/jobs/principal-network-engineer-168970 (describing EVPN-VXLAN overlays for L2/L3 extension across facilities and WAN/long-haul networks for remote production) (last visited Aug. 28, 2026).

**COUNT II**
**INFRINGEMENT OF U.S. PATENT NO. 7,640,381**

71. DataSphere incorporates by reference the allegations of the preceding paragraphs as though fully set forth here.

72. Claim 25 of the ’381 Patent recites:[35]

[25.Preamble] An apparatus, comprising:

> [25.a] a storage interface configured to communicate with a storage system having a non-volatile storage component;
>
> [25.b] a host interface configured to communicate with a plurality of clients;
>
> [25.c.] a cache configured to cache communications exchanged between the non-volatile storage component and the plurality of clients, the cache configured to associate a buffer with each client;
>
> [25.d] and circuitry configured to:
>
>> [25.d.1] identify a data rate for transferring data from the apparatus, over the host interface, to one of the plurality of clients,
>>
>> [25.d.2] wherein the identified data rate is based on an amount of data existing in the buffer for the receiving client
>>
>> [25.d.3] and decoupled from asynchronous transfers over the storage interface.

73. Claim 25 is an exemplary asserted claim. FOX directly infringes claim 25 under 35 U.S.C. § 271(a) by operating and using the Accused Gen 7 SAN Systems in the United States.[36]

74. [25.Preamble] An apparatus, comprising:

75. To the extent the preamble of claim 25 is determined to be limiting, FOX’s use of the Accused Gen 7 SAN System satisfies the preamble. Each Accused Gen 7 SAN System is a

---

[35] Exhibit B.

[36] Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026); Broadcom, Brocade G720 Switch Product Brief at 1-2, 5, https://docs.broadcom.com/docs/G720-Switch-PB (identifying a Gen 7 switch with 64 Fibre Channel ports and 24,000 frame buffers per switching ASIC) (last visited Aug. 28, 2026); Broadcom, Brocade Gen 7 Interactive Guide at 5-20, https://docs.broadcom.com/docs/gen-7-guide (last visited Aug. 28, 2026).

physical Brocade Gen 7 Fibre Channel switch or director with Fibre Channel interfaces, one or more ASICs within the Brocade switching device, volatile frame-buffer memory associated with those ASICs, and control circuitry implemented by the ASICs and Fabric OS. FOX specifically identifies Brocade Gen 7 and SANnav as technologies used in its enterprise storage environment. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[37]

76. [25.a] "a storage interface configured to communicate with a storage system having a non-volatile storage component":

77. On information and belief, FOX's use of the Accused Gen 7 SAN System satisfies limitation [25.a]. Each accused apparatus has storage-facing Fibre Channel F_Ports connected to storage arrays containing persistent, non-volatile media. FOX uses those arrays for enterprise and production media, databases, applications, replication, backup, and archive. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[38]

78. [25.b] "a host interface configured to communicate with a plurality of clients":

[37] Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026); Broadcom, Brocade G720 Switch Product Brief at 1-2, 5, https://docs.broadcom.com/docs/G720-Switch-PB (identifying a Gen 7 switch with 64 Fibre Channel ports and 24,000 frame buffers per switching ASIC) (last visited Aug. 28, 2026); Broadcom, Brocade Gen 7 Interactive Guide at 5-20, https://docs.broadcom.com/docs/gen-7-guide (last visited Aug. 28, 2026).

[38] Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026); FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026); FOX Sports, Senior Systems Engineer job posting (Mar. 20, 2022), https://www.showbizjobs.com/jobs/fox-sports-senior-systems-engineer-in-charlotte/jid-rjm5ke (describing support for live studios, post-production, computing, networking, storage, and Brocade Fibre Channel switches) (last visited Aug. 28, 2026); Brocade, Fibre Channel Buffer Credits and Frame Management at 3-7 (White Paper, Apr. 2016) (Exhibit D).

79. On information and belief, FOX's use of the Accused Gen 7 SAN System satisfies limitation [25.b]. Each accused apparatus has host-facing F_Ports connected to multiple FOX clients, including servers, host bus adapters, NPIV virtual initiators, workstations, virtual machines, editing systems, graphics systems, and production applications. Brocade's architecture maintains a separate credit relationship for the N_Port/F_Port link serving each connected host client. On information and belief, each accused apparatus communicates through its host-facing interfaces with multiple connected clients, including at least two of the foregoing. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[39]

80. [25.c.] a cache configured to cache communications exchanged between the non-volatile storage component and the plurality of clients, the cache configured to associate a buffer with each client:

81. On information and belief, FOX's use of the Accused Gen 7 SAN System satisfies limitation [25.c]. The one or more ASICs within each Brocade Gen 7 switching device supply volatile frame-buffer memory that caches communications exchanged between the non-volatile storage and FOX's clients. The cached communications include, among other things, Fibre Channel read and write frames stored temporarily in receive buffers, egress queues, or other frame-buffer memory while awaiting onward delivery. Brocade identifies 24,000 frame buffers per ASIC in the G720 switching device.[40]

---

[39] FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026); FOX Sports, Senior Systems Engineer job posting (Mar. 20, 2022), https://www.showbizjobs.com/jobs/fox-sports-senior-systems-engineer-in-charlotte/jid-rjm5ke (describing support for live studios, post-production, computing, networking, storage, and Brocade Fibre Channel switches) (last visited Aug. 28, 2026); Broadcom, Brocade G720 Switch Product Brief at 1-2, 5, https://docs.broadcom.com/docs/G720-Switch-PB (identifying a Gen 7 switch with 64 Fibre Channel ports and 24,000 frame buffers per switching ASIC) (last visited Aug. 28, 2026); Brocade,Fibre Channel Buffer Credits and Frame Management at 3-7 (White Paper, Apr. 2016) (Exhibit D).

[40] Broadcom, Brocade G720 Switch Product Brief at 1-2, 5, https://docs.broadcom.com/docs/G720-Switch-PB (identifying a Gen 7 switch with 64 Fibre Channel ports and 24,000 frame buffers per switching ASIC) (last visited

82. On information and belief, the cache associates a buffer with each client. The accused systems maintain that association through one or more forms of port, virtual-channel, destination, flow, queue, or buffer-credit state. Brocade describes buffers on switch ports, credit relationships for N_Port/F_Port links serving connected host endpoints, egress queues holding frames awaiting transmission, and virtual channels with associated queues and credit pools. These disclosed arrangements illustrate buffer relationships associated with connected clients through port, queue, virtual-channel, destination, or buffer-credit state. On information and belief, for each connected client, the accused cache includes or makes available a buffer, cache portion, queue, or equivalent frame-memory resource associated with that client, with the association maintained through one or more forms of port, virtual-channel, destination, flow, queue, or buffer-credit state.[41]

83. [25.d] and circuitry configured to**:**

84. On information and belief, FOX's use of the Accused Gen 7 SAN System satisfies limitation [25.d]. The one or more ASICs within the Brocade Gen 7 switching device, together with Fabric OS, provide circuitry that performs frame buffering, queue management, credit accounting, scheduling, congestion monitoring, and frame transmission for the connected clients.[42]

85. [25.d.1] identify a data rate for transferring data from the apparatus, over the host interface, to one of the plurality of clients:

---

Aug. 28, 2026); Brocade,Fibre Channel Buffer Credits and Frame Management at 3-9, 13-16 (White Paper, Apr. 2016) (Exhibit D); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026).

[41] Brocade, Fibre Channel Buffer Credits and Frame Management at 3-9, 15-16 (White Paper, Apr. 2016) (Exhibit D); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026).

[42] Broadcom, Brocade G720 Switch Product Brief at 1-2, 5, https://docs.broadcom.com/docs/G720-Switch-PB (identifying a Gen 7 switch with 64 Fibre Channel ports and 24,000 frame buffers per switching ASIC) (last visited Aug. 28, 2026); Broadcom, Brocade Gen 7 Interactive Guide at 5-20, https://docs.broadcom.com/docs/gen-7-guide (last visited Aug. 28, 2026); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026); Brocade,Fibre Channel Buffer Credits and Frame Management at 3-9, 13-16 (White Paper, Apr. 2016) (Exhibit D).

86. On information and belief, FOX's use of the Accused Gen 7 SAN System satisfies limitation [25.d.1]. The circuitry identifies a data rate for transferring data from the accused apparatus, over the host interface, to a receiving client and controls transmission in accordance with that identified rate. The inputs and states used in identifying the rate may include, among other things, the client's negotiated link speed, available credit, queued data, transmit-queue state, virtual-channel state, traffic priority, scheduling state, and other client-associated flow-control information.[43]

87. [25.d.2] wherein the identified data rate is based on an amount of data existing in the buffer for the receiving client:

88. On information and belief, FOX's use of the Accused Gen 7 SAN System satisfies limitation [25.d.2]. The circuitry identifies the data rate for transferring data from the accused apparatus, over the host interface, to a receiving client based, at least in part, on the amount of data existing in the buffer or portion of the cache associated with that receiving client and destined for that client. On information and belief, the one or more ASICs within the Brocade Gen 7 switching device maintain and examine one or more measures reflecting that amount of data destined for the receiving client. Such measures may include, by way of example and without limitation, queue occupancy, a queued-frame count, whether the buffer or queue associated with the receiving client is nonempty, the number of frames destined for the receiving client and awaiting transmission, the number of frames destined for the receiving client and outstanding against that client's advertised buffer capacity, and associated credit state for the receiving client. The accused circuitry uses one or more such measures, alone or together with available credits and scheduling state, to identify the transmission opportunity and resulting data rate for transferring data over the host interface to that receiving client, including whether transmission is permitted, limited, increased, or reduced to zero. Brocade describes an illustrative condition called "time at zero credits" (tim_txcrd_z) and

[43] Brocade, Fibre Channel Buffer Credits and Frame Management at 4-8, 13-16 (White Paper, Apr. 2016) (Exhibit D); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026); Broadcom, Brocade Gen 7 Interactive Guide at 5-20, https://docs.broadcom.com/docs/gen-7-guide (last visited Aug. 28, 2026).

explains that the counter is incremented when a port has "zero transmitter BB_Credits and a frame waiting to be transmitted."[44] This disclosed condition provides an example in which the accused circuitry evaluates both the existence of data destined for the receiving client and awaiting transmission and the credit state associated with the receiving client in determining whether, and at what rate, data may be transferred to the receiving client. Brocade's publicly available descriptions of tim_txcrd_z, queueing, and buffer-credit operation illustrate, among other things, the foregoing allegations concerning the accused circuitry's use of the state of the buffer associated with the receiving client in identifying the data rate for a receiving client.

89. [25.d.3] and decoupled from asynchronous transfers over the storage interface:

90. On information and belief, FOX's use of the Accused Gen 7 SAN System satisfies limitation [25.d.3]. The identified data rate for transferring data from the accused apparatus, over the host interface, to the receiving client is decoupled from asynchronous transfers over the storage interface. In the accused implementation, this decoupling includes, among other things, separate storage-facing and host-facing receive buffers, transmit queues, virtual channels, schedulers, credit relationships, or other independently maintained transfer state. Thus, for example, a storage-side frame may enter memory incorporated in an ASIC within the Brocade Gen 7 switching device and remain queued while the corresponding transfer over the host-facing interface to the receiving client proceeds, pauses, or resumes according to its own credit and scheduling opportunity, and other ports or virtual channels may continue operating.[45]

91. Each Defendant directly infringes because its employees and agents operate and use the complete Accused Gen 7 SAN Systems to perform enterprise and production storage operations. Each system includes and operates all components and functions of claim 25.[46]

---

[44] Brocade, Fibre Channel Buffer Credits and Frame Management at 13 (White Paper, Apr. 2016) (Exhibit D).

[45] Brocade, Fibre Channel Buffer Credits and Frame Management at 3-9, 13-16 (White Paper, Apr. 2016) (Exhibit D); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026); Broadcom, Brocade Gen 7 Interactive Guide at 5-20, https://docs.broadcom.com/docs/gen-7-guide (last visited Aug. 28, 2026).

[46] Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026); FOX Sports, Post

92. On information and belief, Fox Corporation, through its enterprise storage personnel, procures, configures, administers, and uses a complete Accused Gen 7 SAN System containing and operating all components and functions of claim 25 in the United States. On information and belief, Fox Sports Productions, LLC, through its production and post-production personnel, uses a complete Accused Gen 7 SAN System containing and operating all components and functions of claim 25 in the United States for production, post-production, online, sports, and broadcast-content workflows.

93. At least as of service of this Complaint, Defendants have actual knowledge of the ’381 Patent and of their infringement. Defendants’ continued operation and use of the Accused Gen 7 SAN Systems after service is knowing, deliberate, and willful.

94. Fox Corporation also induces infringement by Fox Sports Productions, LLC after obtaining knowledge of the ’381 Patent. It does so with specific intent through centralized procurement, Fabric OS and SANnav administration, configuration standards, training, support, and instructions that direct Fox Sports Productions, LLC to operate the Accused Gen 7 SAN Systems in the infringing manner.

95. FOX’s infringement of the ’381 Patent has damaged and continues to damage DataSphere. DataSphere is entitled to recover damages adequate to compensate for the infringement in an amount to be determined at trial, but no less than a reasonable royalty.

**COUNT III**
**INFRINGEMENT OF U.S. PATENT NO. 7,782,778**

96. DataSphere incorporates by reference the allegations of the preceding paragraphs as though fully set forth here.

97. Claim 25 of the ’778 Patent recites:[47]

---

Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026).

[47] Exhibit C.

[25.Preamble] A method for controlling a flow of data over an optical transport system, the method comprising:

> [25.a] determining whether a memory in an egress terminal is available to store the data received by the egress terminal based at least in part on a data amount transmitted to the egress terminal;
>
> [25.b] allowing transmission of the data from a first network to an ingress terminal only when the memory is available to store the data;
>
> [25.c] receiving the data from the first network;
>
> [25.d] and transmitting the data over the optical transport system from the ingress terminal to the egress terminal.

98. Claim 25 is an exemplary asserted claim. Before the ’778 Patent expired, FOX directly infringed claim 25 under 35 U.S.C. § 271(a) by operating and using the Accused Optical FC Systems in the United States.[48]

99. [25.Preamble] A method for controlling a flow of data over an optical transport system, the method comprising:

100. On information and belief, before October 27, 2025, FOX used the Accused Optical FC Systems to control flows of Fibre Channel data over optical transport systems between paired Brocade ingress and egress endpoints at geographically separated FOX facilities in the United States. In each accused configuration, a local FOX SAN supplied data to a local ingress endpoint, the ingress endpoint transmitted that data over an optical transport path, and a paired remote egress endpoint received and buffered the data for delivery into a remote FOX SAN. The accused configurations include, among other configurations, native long-distance Fibre Channel paths

[48] FOX Sports, Senior Systems Engineer job posting (Mar. 20, 2022), https://www.showbizjobs.com/jobs/fox-sports-senior-systems-engineer-in-charlotte/jid-rjm5ke (describing support for live studios, post-production, computing, networking, storage, and Brocade Fibre Channel switches) (last visited Aug. 28, 2026); FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026); Studio Network Solutions, FOX Sports Mobile Broadcast Unit Enlists SNS EVO for Fast, Reliable Shared Storage (Apr. 1, 2014), https://www.studionetworksolutions.com/fox-sports/ (last visited Aug. 28, 2026); Broadcom, Brocade 7810 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/docs/7810-PB (last visited Aug. 28, 2026); Broadcom, Brocade 7840 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/doc/GA-DS-1871 (last visited Aug. 28, 2026).

using long-wave or DWDM optics and Brocade SAN-extension paths that maintained destination-specific flow-control state for the paired remote endpoint. FOX used those systems for production-storage, replication, backup, archive, remote-production, and related media workflows. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[49]

101. [25.a] determining whether a memory in an egress terminal is available to store the data received by the egress terminal based at least in part on a data amount transmitted to the egress terminal:

102. On information and belief, FOX's use of the Accused Optical FC Systems satisfies limitation [25.a]. The local ingress endpoint determined whether memory in the paired remote egress endpoint was available to store data received by that egress endpoint based, at least in part, on the amount of data transmitted to the egress endpoint. To make that determination, the ingress endpoint maintained destination-specific availability state representing receive-memory capacity at the paired egress endpoint. That state may include, among other things, an advertised remote-buffer capacity, remaining credits or available-storage value, the amount of data transmitted but not yet credited or acknowledged, destination-queue state, tunnel or transmission-window state, and other remote-capacity information. In representative operation, the state was initialized or refreshed from capacity information supplied by the paired egress endpoint, reduced or consumed as frames or bytes were transmitted, and restored or increased as the egress endpoint accepted,

[49] FOX Sports, Senior Systems Engineer job posting (Mar. 20, 2022), https://www.showbizjobs.com/jobs/fox-sports-senior-systems-engineer-in-charlotte/jid-rjm5ke (describing support for live studios, post-production, computing, networking, storage, and Brocade Fibre Channel switches) (last visited Aug. 28, 2026); FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026); Studio Network Solutions, FOX Sports Mobile Broadcast Unit Enlists SNS EVO for Fast, Reliable Shared Storage (Apr. 1, 2014), https://www.studionetworksolutions.com/fox-sports/ (last visited Aug. 28, 2026); Broadcom, Brocade 7810 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/docs/7810-PB (last visited Aug. 28, 2026); Broadcom, Brocade 7840 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/doc/GA-DS-1871 (last visited Aug. 28, 2026); Broadcom, Brocade 32Gb/s LWL (10 km) SFP+ Product Brief at 1-2, https://docs.broadcom.com/docs/GA-DS-2100 (last visited Aug. 28, 2026).

forwarded, credited, or acknowledged data. Brocade's disclosed buffer-credit operation illustrates this determination: the receiver advertises available receive buffers, transmission consumes the corresponding availability, and returned credit reflects data accepted at the receiving side.[50]

103. [25.b] allowing transmission of the data from a first network to an ingress terminal only when the memory is available to store the data:

104. On information and belief, FOX's use of the Accused Optical FC Systems satisfies limitation [25.b]. The ingress endpoint used its destination-specific state representing memory availability at the paired remote egress endpoint to control whether the local FOX SAN was allowed to transmit additional data into the ingress terminal. FOX configured and operated the paired endpoints so that transmission from the local FOX SAN into the accused ingress path was permitted only when that state indicated that memory was available at the paired egress endpoint to store the data. This coupling may be implemented, among other ways, through destination-specific admission state, credits, queues, transmission windows, pause state, scheduling state, or backpressure propagated to the SAN-facing interface. In native long-distance Fibre Channel configurations, the paired endpoint's advertised receive capacity and returned credit informed that admission control. In SAN-extension configurations, destination-specific remote-endpoint, tunnel, window, queue, or equivalent flow-control state informed whether additional local-SAN data was admitted into the paired extension path. Brocade's descriptions of zero-credit gating, frames held in destination-associated queues, and upstream backpressure illustrate the accused remote-capacity-based admission control.[51]

105. [25.c] receiving the data from the first network:

106. On information and belief, FOX's use of the Accused Optical FC Systems satisfies limitation [25.c]. The local Brocade ingress endpoint received the data from the first network,

---

[50] Brocade, Fibre Channel Buffer Credits and Frame Management at 5-7 (White Paper, Apr. 2016) (Exhibit D); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026).

[51] Brocade, Fibre Channel Buffer Credits and Frame Management at 5-8, 14-16 (White Paper, Apr. 2016) (Exhibit D); Broadcom, Brocade Fabric OS Administration Guide, Buffer-to-Buffer Credit Management and Virtual Channels, https://docs.broadcom.com/docs/fabric-os-administration (last visited Aug. 28, 2026).

namely the local FOX SAN, before transmitting that data toward the paired remote egress endpoint. The received data included, among other things, Fibre Channel frames entering through local F_Ports, E_Ports, extension interfaces, or equivalent SAN-facing interfaces and carrying FOX production media, storage, replication, backup, archive, or related workflow data. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[52]

107. [25.d] and transmitting the data over the optical transport system from the ingress terminal to the egress terminal:

108. On information and belief, FOX's use of the Accused Optical FC Systems satisfies limitation [25.d]. After receiving the data from the local FOX SAN, the local ingress endpoint transmitted that data over the optical transport system to the paired remote egress endpoint. The optical transport included, among other implementations, native Fibre Channel carried over long-wave or DWDM optical links and Brocade extension traffic carried between paired extension endpoints over optical wide-area paths. The paired egress endpoint received and buffered the transmitted data for forwarding into the remote FOX SAN. On information and belief, the ingress endpoint, optical transport path, and egress endpoint for each accused performance were located in the United States, and FOX performed these steps before October 27, 2025. FOX's public job postings identify these technologies and functions as part of the technical environment that FOX

[52] FOX Sports, Senior Systems Engineer job posting (Mar. 20, 2022), https://www.showbizjobs.com/jobs/fox-sports-senior-systems-engineer-in-charlotte/jid-rjm5ke (describing support for live studios, post-production, computing, networking, storage, and Brocade Fibre Channel switches) (last visited Aug. 28, 2026); FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026); Studio Network Solutions, FOX Sports Mobile Broadcast Unit Enlists SNS EVO for Fast, Reliable Shared Storage (Apr. 1, 2014), https://www.studionetworksolutions.com/fox-sports/ (last visited Aug. 28, 2026); Brocade, Fibre Channel Buffer Credits and Frame Management at 3-7, 15-16 (White Paper, Apr. 2016) (Exhibit D); Broadcom,Brocade 7810 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/docs/7810-PB (last visited Aug. 28, 2026); Broadcom, Brocade 7840 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/doc/GA-DS-1871 (last visited Aug. 28, 2026).

personnel design, operate, manage, or support, demonstrating FOX's deployment and use of the described systems in its operations.[53]

109. On information and belief, before October 27, 2025, Fox Corporation, through its enterprise technology personnel, configured and operated one or more complete Accused Optical FC Systems, and Fox Sports Productions, LLC, through its production and post-production personnel, operated and used one or more complete Accused Optical FC Systems. Each such system comprised a local FOX SAN, a local ingress endpoint, a domestic optical transport path, a paired remote egress endpoint with receive memory, and a remote FOX SAN, all in the United States. In operating each accused system, each Defendant maintained destination-specific state representing memory availability at the paired remote egress endpoint, used that state to permit transmission from the local FOX SAN into the ingress terminal only when the remote memory was available, received the data from the local FOX SAN, and transmitted the data over the optical transport system to the paired egress endpoint. Each Defendant thereby performed every step of claim 25 in the United States during the term of the '778 Patent as part of FOX enterprise, production-storage, replication, backup, archive, remote-production, or related media operations.[54]

[53] FOX Sports, Senior Systems Engineer job posting (Mar. 20, 2022), https://www.showbizjobs.com/jobs/fox-sports-senior-systems-engineer-in-charlotte/jid-rjm5ke (describing support for live studios, post-production, computing, networking, storage, and Brocade Fibre Channel switches) (last visited Aug. 28, 2026); Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026); Broadcom, Brocade 7810 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/docs/7810-PB (last visited Aug. 28, 2026); Broadcom, Brocade 7840 Extension Switch Product Brief at 1-3, 7, https://docs.broadcom.com/doc/GA-DS-1871 (last visited Aug. 28, 2026); Broadcom, Brocade 32Gb/s LWL (10 km) SFP+ Product Brief at 1-2, https://docs.broadcom.com/docs/GA-DS-2100 (last visited Aug. 28, 2026); Brocade, Fibre Channel Buffer Credits and Frame Management at 5-8, 16-19 (White Paper, Apr. 2016) (Exhibit D).

[54] FOX Sports, Senior Systems Engineer job posting (Mar. 20, 2022), https://www.showbizjobs.com/jobs/fox-sports-senior-systems-engineer-in-charlotte/jid-rjm5ke (describing support for live studios, post-production, computing, networking, storage, and Brocade Fibre Channel switches) (last visited Aug. 28, 2026); Fox Corporation, Senior Storage Engineer job posting, Built In (removed Feb. 23, 2026), https://builtin.com/job/senior-storage-engineer/7903143 (describing enterprise block, file, object, archive, replication, backup, Brocade FC SAN switching, Brocade Gen 7, and SANnav) (last visited Aug. 28, 2026); FOX Sports, Post Production Engineer job posting (Sept. 16, 2025), https://www.showbizjobs.com/jobs/fox-sports-post-production-engineer-in-los-angeles/jid-qk6bk1 (describing workstations, virtual machines, servers, on-premises and cloud environments, SAN/NAS infrastructure, remote workflows, editing, and graphics applications) (last visited Aug. 28, 2026).

110. FOX's infringement of the '778 Patent damaged DataSphere. DataSphere is entitled to recover damages for infringement occurring before October 27, 2025, in an amount to be determined at trial, but no less than a reasonable royalty, together with interest and costs.

## **JURY DEMAND**

DataSphere demands a trial by jury on all issues so triable.

## **PRAYER FOR RELIEF**

WHEREFORE, DataSphere respectfully requests that the Court enter judgment in its favor and against Defendants as follows:

A. Declaring that Defendants have infringed the Patents-in-Suit;

B. Awarding DataSphere damages adequate to compensate for Defendants' infringement under 35 U.S.C. § 284, in an amount no less than a reasonable royalty, including damages for infringement of the '778 Patent occurring before October 27, 2025;

C. Awarding enhanced damages under 35 U.S.C. § 284 for any willful infringement proved;

D. Awarding an ongoing royalty for any infringement of a Patent-in-Suit that continues during that patent's term;

E. Declaring this case exceptional under 35 U.S.C. § 285 and awarding DataSphere its reasonable attorneys' fees;

F. Awarding DataSphere pre-judgment and post-judgment interest, costs, and all other amounts permitted by law; and

G. Awarding such other and further relief as the Court deems just and proper.

Dated: August 31, 2026

Respectfully submitted,

**FARNAN LLP**

/s/ *Michael J. Farnan*
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
919 N. Market St., 12th Floor
Wilmington, Delaware19801
(302) 777-0300
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Attorneys for Plaintiff DataSphere LLC*

*Of Counsel:*

Cristofer I. Leffler (*pro hac vice forthcoming)*
Michael C. Saunders (*pro hac vice forthcoming*)
Cliff Win (*pro hac vice forthcoming*)
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Suite 809
Seattle, WA 98109
Tel: (206) 809-6809
Email: cris.leffler@foliolaw.com
Email: michael.saunders@foliolaw.com
Email: cliff.win@foliolaw.com